55 So.2d 784

STATE of Louisiana v. Mrs. Beatrice JOHNSON.
No. 40354.
Nov. 5, 1951.

Rehearing Denied Dec. 10, 1951.

Gravel & Downs, Alexandria, for relator.

Bolivar E. Kemp, Jr., Atty. Gen., M. E. Culligan, Asst. Atty. Gen., Ben F. Thompson, Dist. Atty., and George M. Foote, Asst. Dist. Atty., Alexandria, for respondent.

HAWTHORNE, Justice.

Defendant Mrs. Beatrice Johnson was sentenced to serve six months in the parish jail, subject to work, and all of the sentence was suspended except 10 days thereof, upon good behavior.

For the reasons assigned in the case of State of Louisiana v. Johnson, 220 La. 64, 55 So.2d 782, the sentence imposed upon relator is annulled and set aside, and the case is remanded to the district court in order that the relator may be sentenced according to law.